UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANDRE HARVEY                                  CIVIL ACTION NO. 10-cv-1623

VERSUS                                         JUDGE S. MAURICE HICKS, JR.

M. RAY ANDERSON                        MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant M. Ray Anderson's Motion for Summary Judgment (Record Document 21) is **GRANTED**, and Plaintiff Andre Harvey's complaint is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 11th day of September, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE